UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JACKIE TAYLOR, | ) | CASE NO. 1:12 CV 1715 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM OF OPINION |
| PAUL E. PFEIFER, Chief Justice, | ) | AND ORDER |
| | ) | |
| Defendants. | ) | |

On July 3, 2012, Plaintiff *pro se* Jackie Taylor, an inmate at the Mansfield Correctional Institution, filed this action against Ohio Supreme Court Justice Paul E. Pfeifer.  Plaintiff alleges he was convicted on multiple felony counts in the Summit County Court of Common Pleas in June 2010.  He asserts these convictions are invalid because the trial court lacked jurisdiction, and seeks an injunction dismissing all charges.  For the reasons stated below, this action is dismissed pursuant to 28 U.S.C. § 1915A.

A district court is expressly required to dismiss any civil action filed by a prisoner seeking relief from a governmental officer or entity, as soon as possible after docketing, if the court concludes that the complaint fails to state a claim upon which relief may be granted, or if the plaintiff seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. §1915A; *Siller v. Dean*, No. 99-5323, 2000 WL 145167 , at *2 (6th Cir. Feb. 1, 2000)

The Supreme Court has held that, when a prisoner challenges "the very fact or duration of his physical imprisonment, ... his sole federal remedy is a writ of habeas corpus." *Preiser v.*

*Rodriguez*, 411 U.S. 475, 501 (1973).  Accordingly, this action is dismissed without prejudice under section 1915A.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

      IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

DATED:  October 30, 2012